**W. Edward WOOD**

v.

**B. Albert FORD et al.**

**No. 80–424–M.P.**

Supreme Court of Rhode Island.

March 19, 1981.

Sean O. Coffey, Chief Legal Counsel, Dept. of Environmental Management, Providence, for petitioner.

 

Dennis J. Roberts II, Atty. Gen., John S. Foley, Special Asst. Atty. Gen., Frank Caprio, Providence, for respondents.

## ORDER

Pursuant to our ruling in *Rohrer, Director of Administration v. Ford et al.*, 425 A.2d 529 (R.I.1981) the petition for writ of certiorari in this case is hereby granted, the decision and judgment of the Superior Court are quashed and the case is returned to the Superior Court for reconsideration in the light of *Rohrer*.